Case 05-73734   Doc 51   Filed 09/28/07   Entered 09/28/07 09:42:08   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANTHONY S. MILLER  
901 LIDDLE ROAD  
ROCKTON, IL  61072  

SSN-xxx-xx-7188

Case Number: 05-73734

Case filed on: 7/26/2005  
Plan Confirmed on: 12/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $16,611.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 012 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANTHONY S. MILLER | 0.00 | 0.00 | 23.06 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 23.06 | 0.00 |
| 001 | FIRST AMERICAN CREDIT UNION | 18,000.00 | 39.26 | 39.26 | 810.00 |
| 002 | BYRON BANK | 10,199.14 | 10,199.14 | 10,199.14 | 0.00 |
|  | Total Secured | 28,199.14 | 10,238.40 | 10,238.40 | 810.00 |
| 001 | FIRST AMERICAN CREDIT UNION | 1,926.06 | 0.00 | 0.00 | 0.00 |
| 003 | ASPIRE VISA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FIRST AMERICAN CREDIT UNION | 2,179.84 | 2,179.84 | 2,179.84 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | TRACKERS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JAMES STAVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ATTORNEY TERRY HOSS & | 837.35 | 837.35 | 837.35 | 0.00 |
| 013 | AFNI/VERIZON | 152.87 | 152.87 | 152.87 | 0.00 |
|  | Total Unsecured | 5,096.12 | 3,170.06 | 3,170.06 | 0.00 |
|  | Grand Total: | 34,659.26 | 14,772.46 | 14,795.52 | 810.00 |

Total Paid Claimant:      $15,605.52  
Trustee Allowance:        $1,005.48           Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:        100.00        discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>09/27/2007</u>          By  <u>/s/Heather M. Fagan</u>